IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAMON DEL ORBE,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and ADP TOTAL
SOURCE CO XXI INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6063

Opinion filed July 24, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Ramon Del Orbe, pro se, Appellant.

Norman A. Blessing, General Counsel, and Louis A. Gutierrez, Assistant Court Chief, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.